# DOCKET ENTRY ORDER

**CASE:** Xpedx v. Jonesboro Paper and Chemical LLC, *et al.*
**LAW CLERK:** Chelsea
**NUMBER:** 4:11-cv-763
**DOC. NO.:**

The Court has received updated contact information for Mr. Wallis. The Court therefore directs the Clerk to resend a copy of its July 2 Order, Document No. 26, to Paul Wallis at 4801 Peachtree Avenue, Jonesboro, Arkansas, 72401. The Order shall be sent by certified mail, restricted delivery, return receipt requested; and the Clerk shall file the green card once received

    Approved:

*/s/ DPM Jr.*
D.P. Marshall Jr.
United States District Judge

11 July 2012