IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

XPEDX, a division of International
Paper Company d/b/a Saalfeld
Redistribution Company                                                    PLAINTIFF

v.                              No. 4:11-cv-763-DPM

JONESBORO PAPER &
CHEMICAL LLC and PAUL
WALLIS, individually                                                      DEFENDANTS

### ORDER

Xpedx reports, and the Court has confirmed, that Jonesboro Paper's bankruptcy case closed in April of this year. *Document No. 30*. The closure discharged without payment Jonesboro Paper's debt in this case and therefore bars Xpedx from seeking further collection against Jonesboro Paper. Case No. 3:12-bk-10474, *Document Nos. 1 & 13*. Xpedx's claim against Jonesboro Paper is therefore dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2012