IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

XPEDX, a division of International        PLAINTIFF
Paper Company d/b/a Saalfeld
Redistribution Company

v.                     No. 4:11-cv-763-DPM

PAUL WALLIS, individually                 DEFENDANT

ORDER

A few weeks ago, the Court granted Xpedx's uncontested motion for summary judgment. *Document No. 34.* Wallis, as personal guarantor for Jonesboro Paper, is liable for the $168,298.49 debt. The Court encouraged the parties to confer and agree on the prejudgment interest rate, a *per diem* amount, and the interest start date. The Court also requested the parties to seek agreement on costs and attorney fees. The parties have made good progress.

The agreed upon amounts are:

- Prejudgment interest rate of 6% per annum.

- *Per diem* of $27.67.

- Start date of 25 August 2010.

- Costs of $476.02.

- Attorney fees of $25,244.77.

The Court accepts and endorses these amounts. The Court appreciates Xpedx filing its legal bills under seal. Xpdex is entitled to the agreed 15% attorney fee for having to pursue Wallis on the guaranty, though this exceeds the fee incurred. *Document No. 1, at 11*; Ark. Code Ann. § 16-22-308. The amount is reasonable in the circumstances. *Chrisco v. Sun Industries, Inc.*, 304 Ark. 227 (Ark. 1990). The Court will enter judgment for Xpedx accordingly.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

5 September 2012