### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


XPEDX, a division of International                    PLAINTIFF
Paper Company d/b/a Saalfeld
Redistribution Company


v.                          No. 4:11-cv-763-DPM


JONESBORO PAPER AND CHEMICAL, LLC,
and PAUL WALLIS, individually                         DEFENDANTS


### JUDGMENT

The Court enters judgment for Xpedx, a division of International

Paper Company d/b/a Saalfeld Redistribution Company, against Paul

Wallis for $214,547.08.   This amount includes the $168,298.49 recovery on

the guaranty for the unpaid debt, $20,527.80 of prejudgment interest

accruing at 6% per annum starting on 25 August 2010, $476.02 in costs, and

$25,244.77 of attorney fees.  Postjudgment interest will accrue at 0.17% per

annum from the judgment's entry date until the judgment is paid.  28

U.S.C.A. § 1961(a)-(b).  All of Xpedx's claims against Jonesboro Paper were

discharged in bankruptcy; those claims were therefore dismissed with

prejudice.

D.P. Marshall Jr.
United States District Judge

5 September 2012